IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| TROY SANSON, | ) |
|     Plaintiff, | ) |
| v. | ) No. 14-CV-3024 |
| CARSON SMITHFIELD LLC, | ) |
|     Defendant. | ) |

## REPORT AND RECOMMENDATION

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

On January 23, 2014, Plaintiff filed his Complaint herein, paid all filing fees in full, and summons was issued. On February 25, 2014, and again on March 12, 2014, Defendant Carson Smithfield LLC requested additional time in which to answer or otherwise plead to the Plaintiff's Complaint. Those Motions (d/es 3, 5) were allowed by U.S. District Judge Myerscough and the last deadline for Defendant to answer or otherwise plead was March 27, 2014. See Text Order of March 13, 2014.

Defendant has failed to file an answer or any type of response to Plaintiffs' Complaint. Defendant's Motion (d/e 5) stated that "the parties have been engaged in good faith negotiations to reach an amicable settlement of their dispute and this lawsuit". However, since the filing of

that Motion by Defendant on March 12, 2014, nothing further has been filed by either party.

The undersigned entered a Text Order on June 18, 2014 directing the Plaintiff to file a written status report, or otherwise proceed, on or before July 7, 2014 or risk dismissal of this matter for want of prosecution.

As of this date, Plaintiff has failed to comply with the June 18, 2014 order of this Court. The undersigned recommends that Plaintiff's Complaint be dismissed for want of prosecution.

Plaintiff is advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within fourteen days after being served with a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to file a timely objection will constitute a waiver of objections on appeal. <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986). See Local Rule 72.2.

ENTER: July 16, 2014

FOR THE COURT:

\_\_\_\_s/ Tom Schanzle-Haskins_____
TOM SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE