IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TROY SANSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 14-cv-03024 |
| ) | |
| CARSON SMITHFIELD LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**SUE E. MYERSCOUGH, U.S. DISTRICT JUDGE:**

This matter is before the Court on the Report and Recommendation (d/e 6) entered by Magistrate Judge Tom Schanzle-Haskins on July 16, 2014, recommending that this Court dismiss Plaintiff's Complaint (d/e 1) for want of prosecution. Neither party filed an objection to the Report and Recommendation within fourteen (14) days of the entry of the Report and Recommendation. See 28 U.S.C. § 636(b)(1). Therefore, this Court accepts the Report and Recommendation. See Schur v. L.A. Weight Loss Centers, Inc., 577 F.3d 752, 760 (7th Cir. 2009) ("If no party objects to the magistrate judge's action, the district judge may simply accept it.")

**IT IS THEREFORE ORDERED THAT:**

**(1) The Report and Recommendation (d/e 6) is ACCEPTED by this Court;**

**(2) Plaintiff's Complaint (d/e 1) is DISMISSED WITH PREJUDICE for want of prosecution.**

This case is CLOSED

IT IS SO ORDERED.

ENTERED: August 11, 2014

/s Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE
